IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CYNDI TRADEWELL, ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case Number: CCB11CV0100 |
| ) | |
| MILLENIUM FINANCIAL GROUP; and ) | |
| DOES 1-10, inclusive ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT MILLENIUM FINANCIAL GROUP'S MOTION TO DISMISS

Defendant, Millenium Financial Group, by and through its counsel, Leslie C. Bender and Bender & Radcliffe, P.A., hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint ("Complaint"), and as grounds therefore refers this Honorable Court to the accompanying brief in support of its motion.

Respectfully Submitted,

/s/_____
Leslie C. Bender,    Bar Number 03227
Bender & Radcliffe, P.A.
1920 Greenspring Drive, Suite 222
Timonium, Maryland 21093
410-453-4125 (phone)
410-453-4126 (facsimile)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2011, a copy of this Motion to Dismiss, which was e-filed in this case on the same date, was mailed via first class mail, postage prepaid, to Plaintiff in care

of her legal counsel, Forest E. Mays, Esquire, Law Office of Forrest E. Mays, 1783 Forest Drive, Suite 109, Annapolis, Maryland 21401.

*Leslie C. Bender*
_____
Leslie C. Bender          Bar Number 03227